IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Cooperative Computing, Inc., d/b/a CCITRIAD, | § § § | |
| Plaintiff, | § § | |
| v. | § | CASE NO. A-02-CA-316-JN |
| CarParts Technologies, Inc., | § § § | |
| Defendant. | § § | |

## DEFENDANT'S DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS AND LIST OF PROPOSED EXHIBITS

Pursuant to the Second Agreed Amended Scheduling Order of August 21, 2003 and by agreement of counsel based on revisions to the scheduled trial date, Defendant CarParts Technologies, Inc. ("CarParts") lists the following potential witnesses and testifying experts:

**I.     DESIGNATION OF PROPOSED WITNESSES**

CarParts notes that discovery is ongoing in this matter and the list of persons identified below is subject to addition or deletion. Subject to the foregoing, CarParts identifies the following individuals who may potentially be witnesses in the trial of this case and may be called either in person or by deposition or both:

   **A.     FACT WITNESSES**

   1. Doug Booth
      39 Vista Drive
      Flanders, NJ 07836
      (973) 927-5095

   Mr. Booth is a former employee Plaintiff and has knowledge regarding the software products at issue in this case.



2. Ken Speaks
   CCITRIAD
   804 Las Cimas Parkway, Suite 200
   Austin, Texas 78746
   (512) 328-2300

Mr. Speaks is an employee of Plaintiff and a former employee of Rankin Automotive Group and may have knowledge of the software products at issue in this case.

3. Charles Ruban

Mr. Ruban is a former employee of Defendant and has knowledge concerning the creation, development and use of CarParts' software at issue in this case.

4. Gary Vandervoort
   5 Gooler Court
   Stony Point, NY 10980

Mr. Vandervoort is a former employee of both Plaintiff and Defendant and has knowledge of the software products at issue in this case.

5. Hoon Chung

Mr. Chung is a former employee of Plaintiff and may have knowledge concerning Plaintiff's allegations in this lawsuit.

6. Mike Avilas

Mr. Avilas is an employee of Plaintiff and may have knowledge regarding Plaintiff's claims in this lawsuit.

7. David Coleman

Mr. Coleman is an employee of Plaintiff and may have knowledge regarding Plaintiff's claims in this lawsuit.

8. Cindy Robbins

Ms. Robbins is a former employee of Defendant and may have knowledge concerning the creation, development, and use of Defendant's software.

9. Wayne Schmode

Mr. Schmode is a former employee of both Plaintiff and Defendant and may have knowledge of the software that is the subject of this lawsuit.

10. Glen Staats

Mr. Staats is a former employee of Plaintiff and may have knowledge concerning Plaintiff's acquisition and development of the software products at issue in this lawsuit.

11. Steven Johnson

Mr. Steven Johnson is Chief Financial Officers of CarParts and has knowledge concerning Defendant's operations and financial performance with respect to the software that is at issue in this lawsuit.

12. Jerry Johnson

Mr. Jerry Johnson is Vice President of Engineering of CarParts and has knowledge concerning the creation, development, and use of Defendant's software at issue in this lawsuit.

13. Paul VanDenBerg

Mr. VanDenBerg is President of CarParts and has knowledge regarding Defendant's operations.

14. Farid Ghallili

Mr. Ghallili is a former employee of Defendant and may have knowledge regarding Defendant's software at issue in this lawsuit.

15. Alan Bennett

Mr. Bennett is a former employee of Defendant and may have knowledge regarding Defendant's software at issue in this lawsuit.

16. David McCann

Mr. McCann is a former employee of Defendant and may have knowledge regarding Defendant's software at issue in this lawsuit.

17. Joseph Kalinoski

Mr. Kalinoski is a former employee of Defendant and may have knowledge regarding Defendant's software at issue in this lawsuit.

18. Jonathan Katz

Mr. Katz is a former employee of Defendant and may have knowledge regarding Defendant's software at issue in this lawsuit.

Defendant may also call any individual listed on Plaintiff's designation of potential witnesses.

**B.     TESTIFYING EXPERT WITNESSES.**

1.  Mr. David Klausner
    218 Sylvan Way
    Redwood City, CA 94062

Mr. Klausner is expected to testify concerning his comparison of the software at issue in this case and Plaintiff's claims that Defendant's software was copied from and infringes Plaintiff's copyrighted software. A report prepared by Mr. Klausner pursuant to Fed. R. Civ. P. 26(a)(2)(B) has been provided to Plaintiff.

Defendant reserves the right to designate rebuttal experts pursuant to the Court's Second Agreed Amended Scheduling Order and damages experts pursuant to the parties' agreement concerning the designation of such witnesses.

**II.    LIST OF PROPOSED EXHIBITS**

Discovery is ongoing in this case and some of the exhibits identified below may not be introduced as evidence, and other documents may need to be added to this list. Subject to the foregoing, at this time CarParts identifies the following potential exhibits:

| BATES RANGE | DESCRIPTION |
| --- | --- |
|  | Expert report of David Klausner and the exhibits thereto |
| Staats Depo. Ex. 1 | Interoffice Memorandum from Gary Vandervoort to Glen Staats entitled "CRCS Product/Company Evaluation Trip Report" July 1996 (Staats Depo. Ex. 1) |
|  | Distribution Inventory Management for the 1990's, by Gordon Graham, Inventory Management Press, Richardson, Texas 1987 |
| CCI 000020 – CCI 000022 | Email message from Jon Zieve of CCITriad re: CarParts.com Acquires CR Computing Solutions |
| CCI 000164 | Email message from Tom Wood of CCI Triad re: ASCO lost sale |
| CCI 000165 | Email message from Tom Webb of CCI Triad re: more info. |
| CCI 000168 – CCI 00071 | Email message from Jon Zieve re: Ultimate DB Business Case |

| BATES RANGE | DESCRIPTION |
| --- | --- |
| CCI 000174 – CCI 000177 | Email message from Tom Webb of CCI Triad re: E-News 2nd Edition |
| CCI 000178 | Email message from Bill Peterson of CCI Triad re: Ken Smith Auto Parts |
| CCI 000179 – CCI 000182 | Email message from Jonathan Gear of CCI Triad re: Aconnex Model |
| CCI 000188 | Email message from Jon Zieve of CCI Triad re: Selling Data to Distribution Software Providers |
| CCI 000191 - CCI 000193 | Email message from Tom Webb of CCI Triad re: Competitor information |
| CCI 000211 - CCI 000235 | Price Sheet: Q401 |
| CCI 000236 - CCI 000248 | System Investment Summary for Independent Parts Warehouse |
| CCI 000249 - CCI 000268 | Instructions for New "Automated" Price Card |
| CCI 000269 - CCI 000289 | Ultimate Memory Configurator, Independent Parts Warehouse |
| CCI 000290 - CCI 000321 | Price Sheet: Q202 |
| CCI 000322 - CCI 000341 | Price Sheet: Q401 |
| CCI 000342 - CCI 000369 | Systems Investment Summary for CCITRIAD Auto Parts |
| CCI 000370 - CCI 000379 | Systems Investment Summary for CCITRIAD Auto Parts |
| CCI 000380 - CCI 000411 | Price Sheet: Q302 |
| CCI 000413 - CCI 000415 | CarParts Technologies - Company Overview and Product Information |
| CCI 000426 - CCI 000430 | Strategic Questions for Marketing Framework |
| CCI 000606 - CCI 000609 | CCITRIAD Product Financial Summary |
| CCI 000610 - CCI 000623 | Chart re: Revenue Momentum |
| CCI 000624 | CCITRIAD Product Financial Summary |
| CCI 000625 - CCI 000627 | Chart re: Revenue Momentum |
| CCI 000628 | Chart re: Fill in Allocation |
| CCI 000629 - CCI 000632 | Chart re: SG&A |
| CCI 000633 | Charts re: COS-Install, COS-Support, Sales & Marketing, Product Development & General & Administrative and CapEd |
| CCI 000634 | Chart re: FTE Allocation - 4Q |
| CCI 000635 | Chart re: CCITRIAD Product Financial Summary |
| CCI 000636 - CCI 000643 | Chart re: Revenue Momentum |
| CCI 000644 | Charts re: COS-Install, COS-Support, Sales & Marketing, Product Development & General & Administrative and Cap Ed |
| CCI 000645 | FTE Allocation - 2Q '01 |
| CCI 000646 | FTE Allocation - -3Q'01 |
| CCI 000647 | FTE Allocation - 4Q '01 |
| CCI 000648 | FTE Allocation - 1 Q '02 |
| CCI 000649 | FTE Allocation - 2Q '02 |
| CCI 000650 | FTE Allocation - 3Q '02 |
| CCI 000651 | FTE Allocation - 4Q '02 |
| CCI 000652 | P&L's projections only until 4Q'02 |
| CCI 000653 | FTE Allocation - 2Q '03 |
| CCI 000654 | FTE Allocation - 3Q '03 |

| BATES RANGE | DESCRIPTION |
|---|---|
| CCI 000655 | FTE Allocation - 4Q `03 |
| CCI 000656 | Chart re: Financial Summary |
| CCI 000657 | Chart re: Operation Data |
| CCI 000658 | Chart re: Financial Summary |
| CCI 000659 | Chart re: Platform & Division |
| CCI 000686 - CCI 000695 | Article re: "Business to Business E-Commerce Enablers" |
| CCI 000697 | CCITRIAD brochure Triad Prism -Increase Productivity and Profit with the Triad Prism System |
| CCI 000698 | CCITRIAD Product Data Sheet - "Increase Profits, Maximize Staff Productivity & System Uptime with Personal Assistance." |
| CCI 000699 | CCITRIAD Product Data Sheet - "Choose from Three Programs. There's One that's Right for You!" |
| CCI 000700 - CCI 000701 | CCITRIAD Ultimate "Instant Information Access, Robust Applications and Innovative Features" |
| CCI 000736 - CCI 000756 | CCITRIAD SWAT Project - Steering Committee #2 |
| CCI 000757 - CCI 000781 | CCITRIAD SWAT Project - Steering Committee #3 |
| CCI 000782 - CCI 000805 | CCITRIAD SWAT Project - Steering Committee #4 |
| CCI 000806 - CCI 000836 | CCITRIAD SWAT Project - Steering Committee #5 |
| CCI 000837 - CCI 000863 | CCITRIAD SWAT Project - Steering Committee #6 |
| CCI 000864 - CCI 000882 | CCITRIAD SWAT Project - Steering Committee #7 |
| CCI 000883 - CCI 000889 | Email from Ken Swinton re: eAftermarket Forum News |
| CCI 000899 - CCI 000900 | Email message from Howard Percy of CCI Triad re: CarParts.com Acquires CR Computing |
| CCI 000909 - CCI 000910 | CCITRIAD Product Data Sheet re: CCITRIAD Ultimate, "Instant information access, robust applications and innovative features" |
| CCI 000927 - CCI 000928 | Email message from Jon Zieve of CCI Triad re: CarParts email |
| CCI 000929 - CCI 000930 | Email message from Jon Zieve of CCI Triad re: Trade Power TPW Opportunity |
| CCI 000931 - CCI 000932 | CCITRIAD Marketing Quick Sketch , ; |
| CCI 000945 - CCI 000947 | Email message from Jon Zieve of CCI Triad re: Competitive information |
| CCI 000948 - CCI 000950 | Email message from Tom Wood, Jr. of CCI Triad re: CR monthly cost of ownership |
| CCI 000951 - CCI 000954 | Email message from Tom Wood Jr. of CCI Triad re: CarParts Technologies - News! |
| CCI 000955 - CCI 000979 | Instructions for New "Automated" Price Card |
| CCI 000992 - CCI 000998 | Marketing Staff Meeting Agenda |
| CCI 001001- CCI 001026 | CCITRIAD Draft Business Case Corporate Web Site |
| CCI 001027 - CCI 001160 | Objectives for Today's Meeting |
| CCI 001460 - CCI 001511 | CCITRIAD PowerPoint Presentation [Draft 2.0] |
| CCI 001515 - CCI 001517 | CAWA Sessions - Dana Point |
| CCI 001524 - CCI 001528 | EautoWorld Even Summary |
| CCI 001529 - CCI 001539 | Chart re: Customer Segmentation Worksheet |
| CCI 001689 - CCI 001720 | Service Dealer FY 2001 Market Plan |

| BATES RANGE | DESCRIPTION |
| --- | --- |
| CCI 001801 - CCI 001844 | CCITRIAD Ultimate Product Package Agenda |
| CCI 002092 - CCI 002093A | To transmit to a CR Computer from a Prism |
| CCI 002221 - CCI 002242 | Price Sheet: Q401 |
| CCI 002243 - CCI 002264 | Price Sheet: Q202 |
| CCI 002265 - CCI 002283 | Instructions for New "Automated" Price Card |
| CCI 002370 - CCI 002406 | Service Dealer FY 2001 Market Plan, draft 3.0 |
| CCI 002407 – CCI 002468 | CCITRIAD Ultimate Product Package Agenda |
| CCI 003399 – CCI 003400 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 503 018 |
| CCI 003401 – CCI 003402 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 503 019 |
| CCI 003403 - CCI 003404 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 503 020 |
| CCI 003405 - CCI 003406 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 503 021 |
| CCI 003407 - CCI 003408 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 843-043 |
| CCI 003409 - CCI 003410 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 843-044 |
| CCI 003411 - CCI 003412 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 843-045 |
| CCI 003413 - CCI 003414 | Certificate of Registration from the U.S. Copyright Office re: Registration Number TXu 843-046 |
| CCI 003415 - CCI 003427 | Certified coy of Certificate of Recordation re: amendment |
| CCI 003428 - CCI 003435 | Certified copy of Certificate of Recordation re: assignment |
| CCI 003436 - CCI 003465 | Certified copy of Certificate of Recordation re: security agreement |
| CCI 003466 - CCI 003532 | Certified copy of Certificate of Recordation re: agreement |
| CCI 003533 - CCI 003561 | Certified copy of Certificate of Recordation re: Guarantee and Collateral agreement |
| CCI 003653 - CCI 003660 | Email message from Betsy Bell of CCI Triad re: Ultimate Competitive Grid (Staats Depo Ex. 4) |
| CCI 003661 - CCI 003662 | Email message from Ron Kitchen of CCI Triad re: customer 832650 Rankin Automotive Group |
| CCI 004044 - CCI 004046 | Email message from Tom Webb of CCI Triad re: Competitive information |
| CCI 004053 - CCI 004054 | Email message from David Coleman of CCI Triad re: customer 832650 Rankin Automotive Group |
| CCI 004055 - CCI 004060 | Monthly Support Summary for Ultimate Auto Parts |
| CCI 004089 - CCI 004090 | Email message from Jun Armus of CCI Triad re: 5 Pack |
| CCI 004100 - CCI 004102 | Screen image re: recommended changes for Take Control |
| CCI 004424 - CCI 004425 | Valuation of Initial Fees versus the percentage of ongoing revenue |
| CCI 005047 | Email message from Dan Roque of CCI Triad re: competitive analysis |

| BATES RANGE | DESCRIPTION |
| --- | --- |
| CCI 005048 | Email message from Dan Roque of CCI Triad re: security blocker |
| CCI 005049 - CCI 005100 | CCI Triad Marketing Agenda - [Draft 2.0] |
| CCI 005102 | CCI Triad Customer Industry Analysis |
| CCI 005108 - CCI 005215 | CCI Triad Marketing Agenda [Draft 1.0] |
| CCI 005216 - CCI 005311 | CCI Triad Markets Products & Services Overview |
| CCI 005312 - CCI 005321 | Implementation Status Report |
| CCI 005344 - CCI 005355 | Key Accounts |
| CCI 005366 | Chart re: Total System and Program Group Share |
| CCI 005367 - CCI 005379 | Chart re: Customer list and systems |
| CCI 005380 - CCI 005406 | Chart re: Customer, systems and groups |
| CCI 005407 - CCI 005411 | Chart re: Ultimate Customer List |
| CCI 005412 - CCI 005413 | Chart re: Ultimate Customer List |
| CCI 005421 - CCI 005738 | Ultimate Plus - Beginner's Guide to Ultimate |
| CCI 005739 - CCI 005909 | Ultimate Plus - Guide to the Ultimate Editors |
| CCI 005910 - CCI 006226 | Ultimate Plus - System Administrator Guide HP Systems / Revision 227 |
| CCI 006227 - CCI 006908 | Ultimate Plus - Ultimate System Commands Guide |
| CCI 006909 - CCI 007179 | Ultimate Plus - Ultimate System Management Guide |
| CCI 007180 - CCI 007637 | Ultimate Plus - Ultimate BASIC Language Reference Guide |
| CCI 007638 - CCI 007776 | Ultimate Plus - Ultimate PROC Reference Guide |
| CCI 007777 - CCI 008074 | Ultimate Plus - Ultimate RECALL User's Guide |
| CCI 008075 - CCI 008214 | The Ultimate System Stock Replenishment Manual |
| CCI 008215 - CCI 008533 | Triad Inventory Solutions - File Maintenance |
| CCI 008534 - CCI 008604 | Triad Accounts Payable Training Guide |
| CCI 008605 - CCI 009275 | Ultimate Application Release Notes 4.3 through 8.0 |
| CCI 009276 - CCI 009404 | Triad Ultimate - General Ledger Instructions and Procedures |
| CCI 009405 - CCI 009474 | Physical Inventory Instructions for CCI/Triad Ultimate System |
| CCI 009475 - CCI 009662 | Ultimate Corp. U1tiMation |
| CCI 009663 - CCI 009798 | Triad Ultimate - Accounts Receivable and Accounts Payable Procedures |
| CCI 009799 - CCI 010150 | Triad Inventory Solutions |
| CCI 010151 | Ultimate Source Codes, Release 6.6 Circa 1995 |
| CCI 010152 | CCITRIAD Ultimate Release Build Programs |
| CCI 010153 - CCI 010279 | Ultimate System Product Overview |
| CCI 010280 - CCI 010443 | Ultimate System Report Book |
| CCI 010446 | Letter from Walter Earl Bissex to CarParts.com re: PartFinder, 6/16/99 (J. Johnson Depo Ex.25) |
| CCI 010447 - CCI 010448 | Nonexclusive License Agreement |
| CCI 010449 - CCI 010466 | CCITRIAD Warehouse System Products and Services Agreement |
| CCI 010467 - CCI 010468 | Pick Systems End-User License Agreement |
| CCI 010469 - CCI 010475 | CCITRIAD Employee Confidentiality, Nondisclosure, Intellectual Property, Nonsolicitation, and Noncompetition Agreement |

| BATES RANGE | DESCRIPTION |
|---|---|
| CCI 010476 - CCI 010482 | CCITRIAD Employee Confidentiality, Nondisclosure, Intellectual Property, and Nonsolicitation Agreement |
| CCI 010483 - CCI 010484 | CCITRIAD Software Agreement |
| CCI 010485 - CCI 010486 | CCITRIAD Software Agreement |
| CCI 010487 - CCI 010493 | CCITRIAD Independent Contractor Services Agreement |
| CCI 010494 - CCI 010496 | CCITRIAD Agreement Regarding Use and Return of Certain Software or other materials |
| CCI 010497 - CCI 010499 | Nondisclosure Agreement between Triad Systems Corporation and Dan Baleuski |
| CCI 010500 - CCI 010502 | Nondisclosure Agreement between Triad Systems Corporation and Doug Booth |
| CCI 010503 - CCI 010505 | Nondisclosure Agreement between Triad Systems Corporation and Maria Ortega |
| CCI 010506 - CCI 010508 | Nondisclosure Agreement between Triad Systems Corporation and Laurie Samra |
| CC 1010509 - CCI 010511 | Nondisclosure Agreement between Triad Systems Corporation and Scott Wilson |
| CCI 010512 - CCI 010514 | Nondisclosure Agreement between Triad Systems Corporation and Sam Wynder |
| CCI 010515 - CCI 010518 | Letter of Intent by and among The Ultimate Corp., Ultimate Midatlantic, Inc. and Triad Systems Corp. |
| CCI 010519 - CCI 010520 | Correspondence to Triad Systems Corp. from Ultimate Corp. re: Asset Purchase Agreement among Triad Systems Corp., The Ultimate Corp. and Ultimate Midatlantic. |
| CCI 010521 - CCI 010561 | Asset Purchase Agreement among Triad Systems Corp., The Ultimate Corp. and Ultimate Midatlantic. |
| CCI 010567 - CCI 010569 | Certificate of Recordation from the Copyright Office of the United States and Assignment of Copyright |
| CCI 010570 - CCI 010590 | CCITRIAD Software Inventory |
| CCI 010591 - CCI 010592 | CCITRIAD Master Customer Agreement |
| CCI 010593 - CCI 010598 | CCITRIAD Ultimate Product Profitability Chart |
| CPT 000001 | Correspondence re: DirectStep 5.0 source code disk and access to the same |
| CPT 000002 | CarParts Source Code Disk |
| CPT 000003 - CPT 000014 | CarParts Marketing Materials (portion offered as J. Johnson Depo Exs. 27-29) |
| CPT 000020 - CPT 000024 | CarParts Marketing Materials |
| CPT 000025 - CPT 000096 | CPT Field Advisory, CPT DirectStep v5.0 Release Feature Set, prepared by Jocelyn Vallieres, July 2002 |
| CPT 000097 - CPT 000112 | WDMS v5.0 Product Capabilities Overview |
| CPT 000 113 - CPT 000117 | CarParts Quote Questionnaire v2.2 |
| CPT 000118 - CPT 000121 | Chart re: list of automotive distributors (S. Johnson Depo Ex. 39) |
| CPT 000 122 - CPT 000124 | WAI Core Tracking Program (Part of J. Johnson Ex. 26) |
| CPT 000 125 - CPT 000126 | ASCO Stock Date at Part Number Level (Part of J. Johnson Ex. 26) |

| BATES RANGE | DESCRIPTION |
|---|---|
| CPT 000127 - CPT 000130 | CarParts ASCO Sales Order From Dealer (Part of J. Johnson Ex. 26) |
| CPT 000 131 - CPT 000134 | Southeastern Automotive Warehouse Restocking Charge Program (Part of J. Johnson Ex. 26) |
| CPT 000135 - CPT 000140 | CarParts ASCO Reserved PO Number (Part of J. Johnson Ex. 26) |
| CPT 000 141 - CPT 000142 | CarParts Egge Machine Company POS Quote Default (Part of J. Johnson Ex. 26) |
| CPT 000 143 - CPT 000155 | CarParts Full Line Exhaust Payroll Data Export and Import (Part of J. Johnson Ex. 26) |
| CPT 000 156 - CPT 000164 | CarParts ASCO Part Type Maintenance (Part of J. Johnson Ex. 26) |
| CPT 000 165 - CPT 000 169 | Order Table (Part of J. Johnson Ex. 26) |
| CPT 000 170 - CPT 000176 | ASCO Order Date to Dock Date to Shelf Date (Part of J. Johnson Ex. 26) |
| CPT 000 177 - CPT 000180- | Ford Authorization Distributor Reports (Part of J. Johnson Ex. 26) |
| CPT 000 181 - CPT 000186 | ASCO Lost Sales with Reason Code (Part of J. Johnson Ex. 26) |
| CPT 000187 - CPT 000193 | CarParts DirectStep Interchange Integration (Part of J. Johnson Ex. 26) |
| CPT 000 194 - CPT 000201 | CarParts Herzog/WRS Forecasting Enhancements (Part of J. Johnson Ex. 26) |
| CPT 000202 - CPT 000203 | Flexibility in Ranking (Part of J. Johnson Ex. 26) |
| CPT 000204 - CPT 000209 | CarParts ASCO EOD Scheduler (Part of J. Johnson Ex. 26) |
| CPT 000210 - CPT 000212 | CarParts Wrenchhead Counterman Questions (Part of J. Johnson Ex. 26) |
| CPT 000213 | Centric Parts, Inc. Core P.O. Builder (Part of J. Johnson Ex. 26) |
| CPT 000214 - CPT 000216 | Centric Parts, Inc. Vendor Core Costing / Average Core Costing (Part of J. Johnson Ex. 26) |
| CPT 000217 - CPT 000220 | CarParts Stempf Automotive Commission Reporting (Part of J. Johnson Ex. 26) |
| CPT 000221 - CPT 000222 | Stempf Automotive Commission Report (Part of J. Johnson Ex. 26) |
| CPT 000223 - CPT 000226 | A/P to P/O Reconciliation modifications (AP-PO Bridge) (Part of J. Johnson Ex. 26) |
| CPT 000227 | ASCO AAAD Line Code Listing with Part Type (Part of J. Johnson Ex. 26) |
| CPT 000228 - CPT 000238 | CarParts Heatex Manufacturing Preliminary Specification (Part of J. Johnson Ex. 26) |
| CPT 000239 - CPT 000248 | CarParts Egge Machine Co. Multiple Zone / Bin (Part of J. Johnson Ex. 26) |
| CPT 000249 - CPT 000257 | CarParts Roppel Order Flow and End of Day Data (Part of J. Johnson Ex. 26) |
| CPT 000258 - CPT 000348 | DirectStep 5.0 Program Additions and Enhancements (J. Johnson Ex. 24) |

| BATES RANGE | DESCRIPTION |
| --- | --- |
| CPT 000349 - CPT 000377 | IMS 4.6.9 Upgrade Notes, Release Date - June 2000 (J. Johnson Ex. 21) |
| CPT 000378 - CPT 000392 | IMS 4.6.8 Upgrade Notes, Release Date - June 2000 (J. Johnson Ex. 19) |
| CPT 000393 - CPT 000414 | IMS 4.6.7 Upgrade Notes, Release Date - April 2000 (J. Johnson Ex. 20) |
| CPT 000415 - CPT 000428 | IMS 4.6.6. Upgrade Notes, Release Date - 12/99 (J. Johnson Ex. 18) |
| CPT 000429 - CPT 000432 | IMS 4.6.3 Upgrade Notes, Release Date - 9/99 (J. Johnson Ex. 17) |
| CPT 000433 - CPT 000442 | IMS 4.6.2 Upgrade Notes, Release Date - 9/99 (J. Johnson Ex. 16) |
| CPT 000443 - CPT 000479 | IMS 4.6.77 Upgrade Notes, Release Date - June 2001 (J. Johnson Ex. 23) |
| CPT 000480 - CPT 000503 | IMS 4.6.10 Upgrade Notes, Release Date - February 2001 (J. Johnson Ex. 22) |
| CPT 000504 - CPT 000521 | IMS 4.6 Upgrade Notes, Release Date - 6/99 (J. Johnson Ex. 15) |
| CPT 000804 - CPT 000865 | Third Amendment to Agreement and Plan of Merger and Mutual Release (S. Johnson Depo Ex. 33) |
| CPT 000866 - CPT 000870 | Second Amendment to Agreement and Plan of Merger (S. Johnson Depo Ex. 32) |
| CPT 000871 - CPT 000874 | First Amendment to Agreement and Plan of Merger (S. Johnson Depo Ex. 31) |
| CPT 000875 - CPT 001069 | Agreement and Plan of Merger by and among CarParts.com, Inc. ("Acquiror"), CRCS Acquisition Corporation ("Merger Sub") and CR Computing Solutions, Inc. ("Target") and each of Charles Ruban, Wayne Schmode and Cynthia Robbins ("Shareholders") (S. Johnson Depo Ex. 30) |
| CPT 001070 - CPT 001092 | Written Consent of the Holders of Series A Convertible Preferred Stock and Series B Convertible Preferred Stock of CarParts.com, Inc. (S. Johnson Depo Ex. 38) |
| CPT 001093 - CPT 001100 | Unanimous Written Consent of The Board of Directors of CarParts.com, Inc. (S. Johnson Depo Ex. 34) |
| CPT 001101 - CPT 001111 | CRCS Acquisition Corporation, a California Corporation, Closing Certificate (S. Johnson Depo Ex. 35) |
| CPT 001112 - CPT 001121 | State of California Secretary of State Certificate verifying the Agreement of Merger of CRCS Acquisition Corporation and CR Computing Solutions, Inc., 10/09/00 (S. Johnson Depo Ex. 37) |
| CPT 001122 - CPT 001127 | CarParts Technologies, Inc.'s Common Stock Certificates for Cynthia Robbins and Charles Ruban in the amount of 53,836 and Wayne Schmode in the amount of 48,828 (S. Johnson Depo Ex. 36) |
| CPT 001128 - CPT 001160 | CarParts Technologies Employee Handbook |
| CPT 001161 | CD CarParts Technologies ERP Division, ERP System, 4.6.10 02/14/02 |

| BATES RANGE | DESCRIPTION |
|---|---|
| CPT 001899 | Direct Step Business Income Statement (2000 – Q3 YTD 2003) |

In addition, CarParts reserves the right to use any exhibits identified by Plaintiff. Pursuant to the parties' agreement concerning the designation of damages information, CarParts reserves the right to designate additional exhibits relating to damages issues.

DATE: October 6, 2004

Respectfully submitted,

_____
Louis T. Pirkey
State Bar No. 16033000
Stephen P. Meleen
State Bar No. 00795776
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Roy Q. Minton
MINTON, BURTON, FOSTER & COLLINS
1100 Guadalupe
Austin, TX 78701-2198
Telephone: (512) 476-4873
Facsimile: (512) 479-8315

ATTORNEYS FOR DEFENDANT
CARPARTS TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant's Designation of Potential Witnesses, Testifying Experts and List of Proposed Exhibits has been duly served on the following counsel of record by first class mail, postage prepaid, on this 6th day of October 2004.

Alan D. Albright
Patrick R. Richter
GRAY CARY WARE & FREIDENRICH LLP
1221 S. MoPac Expressway, Suite 400
Austin, TX 78701

_____
Eric R. Olson